UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                      CASE NO.: 8:06-cr-349-T-30MAP

YOLANDA MOORE,
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court for consideration of Defendant's motion for leave to appeal *informa pauperis* the district judge's Order denying her motion to compel (docs. 317). Specifically, the district judge construed Defendant's miscellaneous motion as requesting Rule 35 relief and denied her motion (docs. 303, 306). Upon Defendant's motion for reconsideration, the district judge denied her request detailing that, "Rule 35 provides for motions by the Government, not the Defendant…" (docs. 308, 309). The Defendant then filed another motion, again requesting Rule 35 relief, which the district judge denied relying on the reasons set forth in his previous Order referring to the Government's response (docs. 313, 314, and 305). The Government's response contains an excerpt from Defendant's plea agreement stating, "…the defendant understand that the determination as to whether "substantial assistance" has been provided or what type of motion related thereto will be filed, if any, rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that defendant cannot and will not challenge that determination, whether by appeal, collateral attack, or otherwise," (doc. 305).

Fed. R. App. P. 24 provides that, in a case in this procedural posture, "a party to a

district-court action who desires to appeal in forma pauperis must file a motion in the district court." Importantly, 28 U.S.C. § 1915(a)(3) provides: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." "Good faith" is judged by an objective standard and is shown when a plaintiff seeks appellate review of any issue not frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

As the district judge's Orders denying both of Defendant's motions construed as requesting Rule 35 relief make clear, in addition to his motion denying Defendant's request for reconsideration, Defendant has waived her right to complain of any determination made by the United States regarding her cooperation. Indeed, the district judge has noted several times that Defendant's attempts at initiating similar actions in this Court have been denied for the reasons set forth in the Government's response. Upon my thorough review of the record in this case and for the reasons set out by the district judge in his Orders denying Defendant's motions, it is hereby

RECOMMENDED:

1. Defendant's motion to proceed *in forma pauperis* on appeal (doc. 317) be denied.

2. The Court certify the appeal is not taken in good faith.

3. The Clerk, in accordance with Fed. R. App. P. 24(a)(4), be directed to notify the parties and the Eleventh Circuit that the motion to proceed *in forma pauperis* is denied and that the appeal is not taken in good faith.

IT IS SO REPORTED in chambers at Tampa, Florida on April 11, 2012.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: Hon. James S. Moody, Jr.