UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:06-cr-349-T-30MAP

YOLANDA MOORE

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the Defendant's Motion for Prison-Term Reduction under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014) (Doc.# 349). The United States does not oppose a reduction. The parties agree that she is eligible for a reduction because Amendment 782 reduces the guideline range applicable to her, *see* USSG §1B1.10(a)(1). The Court agrees that she is eligible for a reduction and adopts the amended guideline calculations indicated in said motion.

Having reviewed the facts in both the original presentence investigation report and the November 20, 2014 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 30 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Therefore:

(1) The Court grants the defendant's motion, Doc. #349.

(2) The Court reduces the defendant's prison term from 151 to 121 months or time served, whichever is greater.

(3) The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on January 13, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services